[No. 22161-6-II.    Division Two.    November 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM DOUGLAS
HANKS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 96-1-00778-9, Randolph Furman, J., entered
July 8, 1997. *Affirmed* by unpublished opinion per Hough-
ton, C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 22446-1-II.    Division Two.    November 13, 1998.]

THE DEPARTMENT OF REVENUE, *Appellant*, v. WILLIAM
JENSEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 95-2-00350-5, Richard D. Hicks, J., entered
September 2, 1997. *Reversed* by unpublished opinion per
Bridgewater, A.C.J., concurred in by Morgan and Arm-
strong, JJ.

[No. 22452-6-II.    Division Two.    November 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN EPHRAIM
GAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 97-1-00374-1, James E. Rulli, J., entered
October 1, 1997. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Houghton, C.J., and Bridgewa-
ter, J.

[No. 22516-6-II.    Division Two.    November 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TRISTAN
CURTIS TILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 97-8-00422-0, William Knebes, J. Pro Tem.,
entered September 24, 1997. *Affirmed* by unpublished
opinion per Bridgewater, A.C.J., concurred in by Seinfeld
and Hunt, JJ.